**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **LOUISVILLE EXCHANGER &** | § | |
| **VESSEL INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | NO. 6:23-CV-00242-ADA-JCM |
| | § | |
| **AMERITUBE, LLC,** | § | |
| *Defendant*. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Louisville Exchanger & Vessel, Inc. (hereinafter "Plaintiff") and Defendant Ameritube, Inc. (hereinafter "Defendant") and move this Court for a final order dismissing with prejudice the above-styled lawsuit in its entirety, with the costs assessed against the party incurring the same. In support thereof Plaintiff and Defendant would show the Court as follows:

Plaintiff and Defendant have compromised and settled all matters in dispute in this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request the Court to enter an order dismissing all claims between and among the parties that were made in this lawsuit, or could have been made in this lawsuit, with prejudice to the refiling of same, with costs taxed against the party incurring same.

Respectfully submitted,

*/s/ Dale L. Roberts*
Dale L. Roberts
Texas Bar No. 24001123
Email: droberts@fritzbyrne.law
Jairo N. Castellanos
State Bar No. 24089264
Email: jcastellanos@fritzbyrne.law
**FRITZ BYRNE, PLLC**
402 West Seventh Street
Austin, Texas 78701
Telephone: (512) 476-2020
Facsimile: (512) 477-5267

ATTORNEYS FOR PLAINTIFF

*/s/ David N. Stern*
David N. Stern
State Bar No. 24103634
Email: dstern@bn-lawyers.com
**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expwy., Suite 400
Austin, Texas 78731
Telephone: (512) 476-9103

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, the foregoing was served upon counsel of record through the Court's CM/ECF filing system.

*/s/ Dale L. Roberts*
Dale L. Roberts